# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**OMAR KHAYYAM HUMPHREY**                                  **PETITIONER**

**V.**                                 **CIVIL ACTION NO.: 3:15CV137-SA-JMV**

**JACQUELYN BANKS and**
**ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI**        **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued today, the instant petition is **DISMISSED WITH PREJUDICE**. A certificate of appealability is **DENIED**. All pending motions are **DISMISSED** as moot.

**SO ORDERED, THIS** the 24th day of March, 2016.

                                                      **/s/ Sharion Aycock**
                                                       **U.S. DISTRICT JUDGE**